No. 5813. HAUSHALTER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 5814. JOHNSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 5815. TYLER *v.* PETERSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 5816. ADAMS *v.* FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 5818. ORANGIO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 5819. BARTON ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 5821. JONES *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 5824. JOHNSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 269. SMITH *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 614. PARKER, COMMISSIONER OF DEPARTMENT OF TRANSPORTATION OF NEW YORK *v.* CITIZENS COMMITTEE FOR THE HUDSON VALLEY ET AL.; and

No. 615. VOLPE, SECRETARY OF TRANSPORTATION, ET AL. *v.* CITIZENS COMMITTEE FOR THE HUDSON VALLEY ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE HARLAN, MR. JUSTICE WHITE, and MR. JUSTICE BLACKMUN are of the opinion that certiorari should be granted. Reported below: 425 F. 2d 97.